# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH SCHESSLER,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BASS,**<br><br>    **Defendant.** | **Case No.: 1:23-cv-01012-BAM (PC)**<br><br>ORDER TO RECAPTION CASE<br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Joseph Schessler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant M. Bass for retaliation and for denial of free exercise of religion in violation of the First Amendment, and for violation of the Bane Act, California Civil Code section 52.1.  All parties have consented to Magistrate Judge jurisdiction.  (ECF Nos. 6, 11.)

This action now proceeds only against Defendant Bass.  Therefore, the caption should reflect that this action no longer proceeds against any other defendants and that there are no longer multiple defendants.  In addition, the Court finds it appropriate to reset the deadline for Defendant to file a responsive pleading to the first amended complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The caption for this case shall be as reflected above; and

2. Defendant Bass shall file a response to Plaintiff's first amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **September 8, 2023**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE