1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH SCHESSLER,                      Case No.  1:23-cv-01012-BAM (PC)

12                       Plaintiff,          ORDER GRANTING DEFENDANT'S
                                             MOTION TO OPT OUT OF POST-
13          v.                               SCREENING ALTERNATIVE DISPUTE
                                             RESOLUTION
14    BASS,                                  (ECF No. 16)

15                       Defendant.          ORDER LIFTING STAY OF PROCEEDINGS

16                                           ORDER VACATING DECEMBER 4, 2023
                                             SETTLEMENT CONFERENCE
17                                           (ECF No. 15)

18                                           ORDER DIRECTING CLERK OF COURT TO
                                             ISSUE DISCOVERY AND SCHEDULING
19                                           ORDER

20

21          Plaintiff Joseph Schessler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

22    rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Bass for

23    retaliation and for denial of free exercise of religion in violation of the First Amendment, and for

24    violation of the Bane Act, California Civil Code section 52.1.  All parties have consented to

25    United States Magistrate Judge jurisdiction.  (ECF Nos. 6, 11.)  Defendant has answered the

26    complaint.  (ECF No. 14.)

27          On October 5, 2023, the Court identified this case as an appropriate case for the post-

28    screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the

                                             1

1    parties an opportunity to settle their dispute before the discovery process begins.  (ECF No. 15.)

2    The Court's order granted Defendant time to investigate and determine whether to opt out of the

3    post-screening ADR project.

4          On November 6, 2023, Defendant filed a motion to opt out of post-screening alternative

5    dispute resolution and a request to vacate the settlement conference.  (ECF No. 16.)  Based on a

6    review of Plaintiff's claims, central file, medical records, and the applicable law, defense counsel

7    believes there are multiple available defenses to explore in discovery before engaging in ADR.  In

8    addition, defense counsel spoke with Plaintiff over the phone and believes that the parties value

9    the case very differently at this time.  Defense counsel also conferred with their supervisor, who

10    was in agreement with the recommended course of action.  (*Id.*)  Therefore, the stay is lifted, and

11    the December 4, 2023, settlement conference is vacated.  This case is now ready to proceed.

12          If the parties wish to set a settlement conference with the Court at a later date, they should

13    so inform the Court.  However, the parties are also reminded that they are not precluded from

14    negotiating a settlement without judicial assistance.

15          Accordingly, IT IS HEREBY ORDERED that:

16    1.  Defendant's motion to opt out of the post-screening ADR project, (ECF No. 16), is

17       GRANTED;

18    2.  The stay of this action, (ECF No. 15), is LIFTED;

19    3.  The December 4, 2023 settlement conference is VACATED;

20    4.  The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and

21    5.  The parties may proceed with discovery pursuant to the discovery and scheduling order to

22       be issued by separate order.

23

24    IT IS SO ORDERED.

25    Dated:   **November 7, 2023**            /s/ *Barbara A. McAuliffe*

26                                         UNITED STATES MAGISTRATE JUDGE

27

28