UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SCHESSLER,<br><br>        Plaintiff,<br><br>    v.<br><br>BASS,<br><br>        Defendant. | Case No. 1:23-cv-01012-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER DIRECTING CDCR TO PROVIDE PLAINTIFF WITH MEANINGFUL ACCESS TO THE COURT<br><br>(ECF No. 24)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

   Plaintiff Joseph Schessler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Bass ("Defendant") for retaliation and denial of free exercise of religion in violation of the First Amendment, and for violation of the Bane Act, California Civil Code 52.1. All parties have consented to United States Magistrate Judge jurisdiction. (ECF Nos. 6, 11.)

   Pursuant to the Court's November 7, 2023 Discovery and Scheduling Order, the parties are proceeding with discovery in this action. (ECF No. 18.)

   Currently before the Court is Plaintiff's "Ex Parte Application for Order Directing CDCR to Provide Plaintiff with Meaningful Access to the Court," filed June 10, 2024. (ECF No. 24.) In his motion, Plaintiff states that on May 30, 2024, he prepared a meet and confer letter to Defendant regarding a failure to produce documents. In that letter, he referred to a document in

1

his possession, which the prison librarian refused to copy for him due to a directive from B. Choate at Sacramento Headquarters.  The document is a CCHCS Memorandum dated October 19, 2020, Subject: COVID-19 RISK TRANSFERS.[1]  A copy of the librarian's refusal to make a copy of the memorandum, and Plaintiff's notification to Defendant's attorney, is attached as an exhibit to Plaintiff's motion.  Plaintiff states that in order to obtain meaningful access to the Court, he needs to make copies of memoranda and other documents as exhibits to motions to compel, summary judgment, and exhibits for trial.  Plaintiff requests that the Court issue an order directing CDCR to copy any and all documents that are necessary and relevant to the litigation of this action, and to serve a copy of the order on H. Castro, the Litigation Coordinator at Valley State Prison.  (*Id.*)

In light of Plaintiff's allegations that he has been unable to obtain copies of documents relevant and necessary to his prosecution of this action, Defendant is directed to file a response to Plaintiff's motion.  Specifically, Defendant should address the allegations raised regarding the law librarian's refusal to copy a document in Plaintiff's possession (which he is apparently permitted to possess) that is necessary for his civil litigation, pursuant to an internal CDCR policy or memorandum.

Accordingly, within **twenty-one (21) days** from the date of service of this order, Defendant is HEREBY DIRECTED to file a response to Plaintiff's motion for a court order, (ECF No. 24), as discussed above.

IT IS SO ORDERED.

Dated:   **June 11, 2024**                             /s/ *Barbara A. McAuliffe*  
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff states that the CCHCS Memorandum is attached to his motion as Exhibit A.  However, the memorandum is not attached to the motion filed with the Court.