| | |
|---|---|
| JOSEPH SCHESSLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BASS,<br><br>　　　　　Defendant. | Case No.  1:23-cv-01012-BAM (PC)<br><br>ORDER CONSTRUING NOTICE AS MOTION FOR RE-SERVICE OF ORDER<br>(ECF No. 33)<br><br>ORDER GRANTING MOTION FOR RE-SERVICE OF ORDER<br>(ECF No. 33)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE AUGUST 5, 2024 ORDER<br>(ECF No. 31) |

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

Plaintiff Joseph Schessler ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Bass ("Defendant") for retaliation and denial of free exercise of religion in violation of the First Amendment, and for violation of the Bane Act, California Civil Code 52.1.  All parties have consented to United States Magistrate Judge jurisdiction.  (ECF Nos. 6, 11.)

Currently before the Court is Plaintiff's Notice of Defective Service, filed August 23, 2024.  (ECF No. 33.)  Plaintiff states that on August 20, 2024, he had a third party check the docket in this action for any recent filings, and as of August 21, 2024, he had not received service of the Court's August 5, 2024 order, (ECF No. 31).  Plaintiff is requesting re-service of the Court's August 5, 2024 order.  (ECF No. 33.)  Plaintiff also notes that he did not receive

Defendant's August 2, 2024 filing, and is writing separately to defense counsel regarding service of that document. (*Id.*)

The Court construes Plaintiff's notice as a request for re-service of the Court's August 5, 2024 order. As it appears Plaintiff did not receive the Court's order, despite his address remaining unchanged, the motion is granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's August 23, 2024 notice, (ECF No. 33), is CONSTRUED as a motion for re-service of order;
2. Plaintiff's motion for re-service of order, (ECF No. 33), is GRANTED; and
3. The Clerk's Office shall send Plaintiff a copy of the Court's August 5, 2024 order, (ECF No. 31).

IT IS SO ORDERED.

Dated:   **August 26, 2024**               /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE